# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-01562 |
| | § | |
| NICHOLAS GRECO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $345,000.00 | Assets Exempt: | $19,000.00 |
| Total Distributions to Claimants: | $1,084.86 | Claims Discharged Without Payment: | $89,255.54 |
| Total Expenses of Administration: | $395.14 | | |

3) Total gross receipts of $1,480.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,480.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $347,317.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $395.14 | $395.14 | $395.14 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $70,843.40 | $43,574.00 | $43,574.00 | $1,084.86 |
| **Total Disbursements** | $418,160.40 | $43,969.14 | $43,969.14 | $1,480.00 |

4). This case was originally filed under chapter 7 on 01/19/2016. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/04/2017</u>     By: <u>/s/ David P. Leibowitz</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2015 Anticipated Tax Refund | 1124-000 | $1,480.00 |
| **TOTAL GROSS RECEIPTS** | | $1,480.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pennymac Loan Services | 4110-000 | $297,076.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $297,076.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $370.00 | $370.00 | $370.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.80 | $14.80 | $14.80 |
| Green Bank | 2600-000 | NA | $10.34 | $10.34 | $10.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $395.14 | $395.14 | $395.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Infiniti Financial Services | 7100-000 | $0.00 | $17,000.00 | $17,000.00 | $423.25 |
| 2 | Capital One, N.A. | 7100-900 | $2,668.00 | $2,668.09 | $2,668.09 | $66.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $785.00 | $785.53 | $785.53 | $19.56 |
| 4 | US DEPT OF EDUCATION | 7100-000 | $20,624.00 | $23,120.38 | $23,120.38 | $575.63 |
| | Advocate Health Care | 7100-000 | $802.12 | $0.00 | $0.00 | $0.00 |
| | Advocate Health Care | 7100-000 | $522.90 | $0.00 | $0.00 | $0.00 |
| | Advocate Lutheran General | 7100-000 | $9,166.89 | $0.00 | $0.00 | $0.00 |
| | Advocate Medical Group | 7100-000 | $1,085.49 | $0.00 | $0.00 | $0.00 |
| | At T U-Verse | 7100-000 | $359.00 | $0.00 | $0.00 | $0.00 |
| | Bank Od America | 7100-000 | $12,969.00 | $0.00 | $0.00 | $0.00 |
| | Bank Od America | 7100-000 | $10,089.00 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $1,762.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $3,366.00 | $0.00 | $0.00 | $0.00 |
| | Citibank/the Home Depot | 7100-000 | $3,751.00 | $0.00 | $0.00 | $0.00 |
| | Nordstrom/td | 7100-000 | $1,159.00 | $0.00 | $0.00 | $0.00 |
| | Presence Health | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Sears/Cbna | 7100-000 | $1,654.00 | $0.00 | $0.00 | $0.00 |
| | Spine Consultants, LLC | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $70,843.40 | $43,574.00 | $43,574.00 | $1,084.86 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 16-01562 | | Trustee Name: | David Leibowitz |
| Case Name: | GRECO, NICHOLAS | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 4/4/2017 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 07/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  1805 S Fairview Ave  Park Ridge IL 60068-5217 cook County (Tenancy by Entirety) | $330,000.00 | $7,924.00 | | $0.00 | FA |
| **Asset Notes:**  Not cost-effective to administer | | | | | |
| 2  2014 Infiniti QX60 25000 mileage Car | $30,000.00 | $0.00 | | $0.00 | FA |
| 3  Household Goods & Furnishings  (u) | $750.00 | $0.00 | | $0.00 | FA |
| 4  Checking Account  BOA Account ending in 8236 | $1,400.00 | $0.00 | | $0.00 | FA |
| 5  2015 Anticipated Tax Refund | $1,200.00 | $1,480.00 | | $1,480.00 | FA |
| **Asset Notes:**  Debtor remitted check for $1480, i.e., non-exempt portion of refund ultimately received. | | | | | |
| 6  Necessary wearing apparel  (u) | $300.00 | $0.00 | | $0.00 | FA |
| 7  Electronics/TV  (u) | $350.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                           **Gross Value of Remaining Assets**

$364,000.00          $9,404.00                                  $1,480.00                         $0.00

**Major Activities affecting case closing:**

04/18/2016   2016 Reporting Period:

Asset Case - Non-exempt portion of tax refund

Debtor remitted check for non-exempt portion to settle the estate.

Claims Bar Date: 7/20/16

**Initial Projected Date Of Final Report (TFR):**   03/31/2017           **Current Projected Date Of Final Report (TFR):**   02/06/2017          /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-01562 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GRECO, NICHOLAS | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5160 | | | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Greco, Nicholas |
| For Period Beginning: | 1/19/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/18/2016 | (5) | NICHOLAS GRECO | Non-exempt portion of 2015 Income Tax Refund | 1124-000 | $1,480.00 | | $1,480.00 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.00 | $1,479.00 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.30 | $1,476.70 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.30 | $1,474.40 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.37 | $1,472.03 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.37 | $1,469.66 |
| 03/09/2017 | 3001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $370.00 | $1,099.66 |
| 03/09/2017 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.80 | $1,084.86 |
| 03/09/2017 | 3003 | Infiniti Financial Services | Claim #: 1; Amount Claimed: 17,000.00; Distribution Dividend: 2.49; | 7100-000 | | $423.25 | $661.61 |
| 03/09/2017 | 3004 | US DEPT OF EDUCATION | Claim #: 4; Amount Claimed: 23,120.38; Distribution Dividend: 2.49; | 7100-000 | | $575.63 | $85.98 |
| 03/09/2017 | 3005 | Capital One, N.A. | Claim #: 2; Amount Claimed: 2,668.09; Distribution Dividend: 2.49; | 7100-900 | | $66.42 | $19.56 |
| 03/09/2017 | 3006 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 785.53; Distribution Dividend: 2.49; | 7100-900 | | $19.56 | $0.00 |

**SUBTOTALS** $1,480.00 $1,480.00

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01562 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GRECO, NICHOLAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5160 | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Greco, Nicholas |
| For Period Beginning: | 1/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $1,480.00 | $1,480.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $1,480.00 | $1,480.00 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $1,480.00 | $1,480.00 |  |

| For the period of 1/19/2016 to 4/4/2017 |  | For the entire history of the account between 04/18/2016 to 4/4/2017 |  |
|---|---|---|---|
| Total Compensable Receipts: | $1,480.00 | Total Compensable Receipts: | $1,480.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,480.00 | Total Comp/Non Comp Receipts: | $1,480.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $1,480.00 | Total Compensable Disbursements: | $1,480.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,480.00 | Total Comp/Non Comp Disbursements: | $1,480.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3       Exhibit 9

| Case No. | 16-01562 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GRECO, NICHOLAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5160 | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Greco, Nicholas |
| For Period Beginning: | 1/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,480.00 | $1,480.00 | $0.00 |

**For the period of 1/19/2016 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,480.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,480.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,480.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,480.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/19/2016 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,480.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,480.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,480.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,480.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ